IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYLE ERIC NORBERT,   No. CIV S-09-3500-GEB-CMK-P

    Plaintiff,

  vs.   ORDER

MIKE McDONALD, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2010, the undersigned issued findings and recommendations, recommending this action be dismissed for Plaintiff's failure to submit the necessary service documents. The undersigned has now been informed that the service documents have in fact been received, and Plaintiff did comply with the court's order.

    Accordingly, IT IS HEREBY ORDERED that the August 6, 2010, findings and recommendations are vacated.

DATED: August 11, 2010

                                                                   _____
                                                                   CRAIG M. KELLISON
                                                                   UNITED STATES MAGISTRATE JUDGE

1